1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCOR INDUSTRIES, INC. DBA GORILLA AUTOMOTIVE PRODUCTS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GORILLA MOTOR WORKS, LLC, a Florida Limited Liability Company; and DOES 1-10.<br><br>Defendants. | **Civil Action No. LA CV12-01896 JAK (AJWx)**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE JS-6** |

1
ORDER OF DISMISSAL WITHOUT PREJUDICE

In light of the settlement agreement between the parties, and pursuant to the agreement of those parties, it is hereby

ORDERED that Plaintiffs' claims against Defendant be, and hereby are, dismissed without prejudice;

ORDERED that each party shall bear its own attorney's fees and costs.

Dated: January 28, 2013   _____

Hon. John A. Kronstadt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
*